Upon reargument: Order affirmed, with costs, in the following memorandum: Appellants have conceded that the provisions of the Workmen’s Compensation Law (§ 123) would not be applicable here if the board’s action in rescinding its prior order of closure was proper. We accept the appellants’ concession for the purpose of deciding this case (see Cohen and. Karger, Powers of the New York Court of Appeals [Rev. ed., 1952], p. 629). Since we believe that the Appellate Division correctly held that the Workmen’s Compensation Board could reopen
 
 nunc pro tune
 
 a case that was improperly closed, we affirm the order from which the appeal is taken.
 

 Concur: Chief Judge Fuld and Judges Burke, Scileppi, Bergan, Keating and Breitel. Judge Van Voorhis dissents and votes to reverse and remit the case to the Workmen’s Compensation Board in accordance with the dissenting opinion at the Appellate Division.